IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-cv-00350-BO-KS

| | |
|---|---|
| Alisa Black, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) ) |
| Michael David Waters, in his individual and official capacity, as the District Attorney of the Eleventh Prosecutorial District of North Carolina. | ) ) ) ) |
|     Defendant. | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

NOW COMES Michael David Waters, in his individual and official capacity, as the District Attorney of the Eleventh Prosecutorial District of North Carolina, for the limited purpose of moving, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a 60-day extension of time for the Defendant to answer or otherwise respond to Plaintiff's complaint and to file his response. In support of this motion, the undersigned shows unto the Court the following:

1. The plaintiff filed their complaint on June 24, 2025.

2. District Attorney Michael David Waters was served on June 30, 2025 via certified mail.

3. As of the filing of this motion, Plaintiff has not filed a Rule 4(l) affidavit of service.

1

4. Undersigned counsel has existing deadlines in both federal and state matters that have limited, and will continue to limit, her ability to review the complaint and prepare an appropriate response by the current deadline of July 21, 2025.

5. Counsel is currently serving as the Section Head for the Services to State Agencies Section and is temporarily covering responsibilities for the Special Deputy Attorney General representing the Administrative Office of the Courts, whose start date is July 29, 2025. The requested extension of time will allow the newly hired attorney to come on board and assume responsibility for this case.

6. A 60-day extension is requested to allow undersigned counsel adequate time to consult with the Defendant and his office, manage obligations in other matters, and thoroughly investigate and assess the issues and claims raised in the complaint in order to prepare an appropriate and informed response.

7. This motion is submitted in good faith and for the reasons outlined above, and is not intended to cause any delay.

8. Plaintiff has only consented to a thirty (30) day extension to respond to the Complaint to and including August 8, 2025.

WHEREFORE, Defendant District Attorney Waters respectfully moves for an order extending the deadline to file an answer or other responsive pleading, and requests that the new deadline be set for September 19, 2025.

Respectfully submitted, this the 9th day of July, 2025.

>JEFF JACKSON
>ATTORNEY GENERAL
>/s/ Tamika L. Henderson
>Tamika L. Henderson
>Special Deputy Attorney General
>N.C. State Bar No. 42398
>N.C. Department of Justice
>P.O. Box 629
>Raleigh, North Carolina 2760
>Telephone: (919) 716-6531
>Email: tlhenderson@ncdoj.gov
>*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME** with the Clerk of Court using the CM/ECF system. The CM/ECF system will send notification of such filing to all counsel of record and to the following pro se parties, who are registered for electronic notification through CM/ECF:

Angela Newell Gray
7 Corporate Center Court, Suite B
Greensboro, NC 27408
Telephone: 336-285-8151
Email: angela@angelagraylaw.com
Attorney for Plaintiff

This the 9th day of July, 2025.

/s/ Tamika L. Henderson
Tamika L. Henderson
Special Deputy Attorney General