IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-cv-00350-BO-KS

Alisa Black, )
 )
   Plaintiff, )
 )
v. ) **ORDER**
 )
 )
Michael David Waters, in his individual and )
official capacity, as the District Attorney of the )
Eleventh Prosecutorial District of North )
Carolina. )

   Defendant.

Defendant Michael David Waters, in his individual and official capacity, as the District Attorney of the Eleventh Prosecutorial District of North Carolina moves the court for an extension of time to file an answer or other responsive pleading to Plaintiff's Complaint. For good cause shown, the motion is ALLOWED and the aforementioned Defendants shall have up to and including September 19, 2025, to answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED, this 17 day of July, 2025.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE