IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-cv-00350-BO-KS

| | |
|---|---|
| ALISA BLACK,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DAVID WATERS, in his individual and official capacity, as the District Attorney of the Eleventh Prosecutorial District of North Carolina,<br><br>Defendant. | **DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT** |

NOW COMES Defendant Michael David Waters ("DA Waters"), in both his individual capacity and his official capacity as District Attorney for the Eleventh Prosecutorial District of North Carolina, by and through undersigned counsel, and pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Court to dismiss Plaintiff's Amended Complaint in its entirety with prejudice.

The bases for dismissal are generally set forth in Defendant's Memorandum of Law in Support of Motion to Dismiss, including but not limited to, lack of subject matter jurisdiction, lack of personal jurisdiction under Rule 12(b)(2), sovereign immunity, the Eleventh Amendment, qualified immunity, and failure to state a claim.

1

Defendant will supplement the briefing or further explain the grounds for dismissal as requested by the Court.

Accordingly, Defendant respectfully requests that the Court dismiss all claims asserted against him with prejudice.

Respectfully submitted, this the 23rd day October, 2025.

JEFF JACKSON
ATTORNEY GENERAL

/s/Tamika L. Henderson
Tamika L. Henderson
Special Deputy Attorney General
N.C. State Bar No. 42398
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602 0629
Telephone: (919) 716 6566
FAX: (919) 716-6763
thenderson@ncdoj.gov


Kristin J. Uicker
Special Deputy Attorney General
kuicker@ncdoj.gov
State Bar No. 41872

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on 23rd October 2025, I electronically filed the foregoing MOTION TO DISMISS with the Clerk of Court using the CM/ECF system, which will send notification to the following: Angela Newell Gray, Counsel for Plaintiff, pursuant to Rule 5 of the Federal Rules of Civil Procedure and Local Civil Rule 5.1. Pursuant to these rules, no additional service via mail is required.

Respectfully submitted, this the 23rd day of October, 2025.

/s/Tamika L. Henderson

Tamika L. Henderson
Special Deputy Attorney General
N.C. State Bar No. 42398
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602 0629
Telephone: (919) 716 6566
FAX: (919) 716-6763
thenderson@ncdoj.gov