IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-cv-00350-BO-KS

| | |
|---|---|
| Alisa Black, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) **DEFENDANT'S CONSENT MOTION FOR** |
| | ) **PROTECTIVE ORDER** |
| Michael David Waters, in his individual and | ) |
| official capacity, as the District Attorney of the | ) |
| Eleventh Prosecutorial District of North | ) |
| Carolina. | ) |
| | |
|     Defendant. | |

NOW COMES Michael David Waters, in his individual and official capacity, as the District Attorney of the Eleventh Prosecutorial District of North Carolina, through counsel, pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure, to request the entry of a Protective Order allowing Defendant to produce certain confidential documents and information in the course of discovery in this action. In support of this motion, Defendant shows unto the Court the following:

    1.    To fully respond to the discovery requests, Defendant and non-party, the North Carolina Administrative Office of Courts will have to produce certain documents and information that are confidential under North Carolina law or court decisions interpreting those laws, information that includes documents relating to the Plaintiff and confidential personnel file information of appointees and employees of District Attorney Waters that are deemed confidential pursuant to N.C.G.S. §§ 126-22 and -24.

1

2. Defendant anticipates that Plaintiff will pursue additional discovery, including depositions, interrogatories, and requests for production of documents that will require the disclosure of additional, similarly confidential information.

3. The parties have negotiated the terms of a mutually acceptable Joint Consent Protective Order, which is being submitted contemporaneously herewith as Exhibit 1.

Respectfully submitted, this the 4th day of February, 2026.

**JEFF JACKSON**
ATTORNEY GENERAL
/s/ Tamika L. Henderson
Tamika L. Henderson
Special Deputy Attorney General
N.C. State Bar No. 42398
N.C. Department of Justice
P.O. Box 629
Raleigh, North Carolina 2760
Telephone: (919) 716-6531
Email: tlhenderson@ncdoj.gov
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, I electronically filed the foregoing **CONSENT MOTION FOR PROTECTIVE ORDER** with the Clerk of Court using the CM/ECF system. The CM/ECF system will send notification of such filing to all counsel of record, who are registered for electronic notification through CM/ECF:

Angela Newell Gray
7 Corporate Center Court, Suite B
Greensboro, NC 27408
Telephone: 336-285-8151
Email: angela@angelagraylaw.com
Attorney for Plaintiff


This the 4th day of February, 2026.

/s/ Tamika L. Henderson
Tamika L. Henderson
Special Deputy Attorney General