IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-cv-00350-BO-KS

| | | |
|---|---|---|
| Alisa Black, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S CONSENT** |
| v. | ) | **MOTION TO STAY** |
| | ) | |
| Michael David Waters, in his individual and | ) | |
| official capacity, as the District Attorney of | ) | |
| the Eleventh Prosecutorial District of North | ) | |
| Carolina. | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES Michael David Waters, in his individual and official capacity, as the District Attorney of the Eleventh Prosecutorial District of North Carolina, by and through Tamika L. Henderson, Special Deputy Attorney General, and moves this Court pursuant to Rule 7 of Federal Rules of Civil Procedure, for an order staying Rule 16 and Rule 26 proceedings, discovery and other pre-trial deadlines pending resolution of the Motion to Dismiss (Doc. No. #18) filed on October 23, 2025 based on the following:

1. Defendant has filed a Motion to Dismiss (Doc. No. 18) pursuant to Federal Rules of Civil Procedure 12(b)(1), (2), and (6). The grounds supporting dismissal are fully detailed in Defendants' Memorandum of Law in Support of the Motion to Dismiss (Doc. No. 19), and include the following: lack of subject matter jurisdiction, lack of personal jurisdiction, sovereign immunity, immunity under the Eleventh Amendment, qualified immunity, and failure to state a claim upon which relief may be granted.

1

2.    Defendant contends that this action is subject to dismissal on multiple independent grounds. First, this Court lacks subject matter jurisdiction over some of Plaintiff's claims. Second, this Court lacks personal jurisdiction over Defendant. Third, Defendant is entitled to sovereign immunity, which shields him from suit entirely. Fourth, Defendant is protected by immunity under the Eleventh Amendment. Fifth, Defendant is entitled to qualified immunity. Finally, Plaintiff has failed to state a claim upon which relief may be granted. Because these threshold defenses are dispositive, resolution of the pending Motion to Dismiss should precede any further proceedings in this matter.

3.    Counsel for the parties agree that staying all further proceedings pending the Court's resolution of the Motion to Dismiss serves the interests of judicial economy and the convenience of the parties. Should the Motion to Dismiss be granted, a stay would render unnecessary any further litigation, thereby preserving the resources of both the Court and the parties. Accordingly, a stay of all Rule 16 and Rule 26 proceedings, discovery, and pre-trial deadlines is warranted pending the Court's determination of which, if any, issues remain to be litigated.

4.    Counsel for the Plaintiff **consents** to this motion.

WHEREFORE, Defendant respectfully requests that this Court enter an order staying all Rule 16 and Rule 26 proceedings, discovery, and all other pre-trial deadlines and proceedings pending the Court's resolution of the Motion to Dismiss (Doc. No. 18), filed October 23, 2025. Such a stay will preserve judicial resources and avoid unnecessary burden on the parties unless and until the Court determines that this matter is properly before it.

2

Respectfully submitted, this the 28th day of May, 2026.

**JEFF JACKSON**
**ATTORNEY GENERAL**

/s/ Tamika L. Henderson
Tamika L. Henderson
Special Deputy Attorney General
N.C. State Bar No. 42398
N.C. Department of Justice
P.O. Box 629
Raleigh, North Carolina 2760
Telephone: (919) 716-6531
Email: tlhenderson@ncdoj.gov
*Counsel for Defendant*

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify I electronically filed the foregoing **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system. The CM/ECF system will send notification of such filing to all counsel of record and to the following pro se parties, who are registered for electronic notification through CM/ECF:

Angela Newell Gray
7 Corporate Center Court, Suite B
Greensboro, NC 27408
Telephone: 336-285-8151
Email: angela@angelagraylaw.com
Attorney for Plaintiff

This the 28th day of May, 2026.

/s/ Tamika L. Henderson
Tamika L. Henderson
Special Deputy Attorney General

4