IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-cv-00350-BO-KS

| | | |
|---|---|---|
| Alisa Black, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PROPOSED ORDER** |
| v. | ) | |
| | ) | |
| Michael David Waters, in his individual and | ) | |
| official capacity, as the District Attorney of | ) | |
| the Eleventh Prosecutorial District of North | ) | |
| Carolina. | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER coming before the Court upon Defendant Michael David Waters' Consent Motion to Stay Rule 16 and Rule 26 proceedings, discovery, and all other pre-trial deadlines and proceedings, including the Scheduling Order and Mediation Order, pending resolution of Defendant's Motion to Dismiss (Doc. No. 18), filed October 23, 2025, and the Court having considered the Motion and Plaintiff having consented, and for good cause shown:

**IT IS HEREBY ORDERED** that Defendant's Motion to Stay is **GRANTED**.

**IT IS FURTHER ORDERED** that all Rule 16 and Rule 26 proceedings, discovery, pre-trial deadlines, the Scheduling Order, and the Mediation Order are hereby **STAYED** in their entirety pending the Court's resolution of the Motion to Dismiss (Doc. No. 18).

**IT IS FURTHER ORDERED** that in the event the Motion to Dismiss is denied in whole or in part, the parties shall confer and submit a proposed revised Scheduling Order within fourteen (14) days of the Court's ruling.

SO ORDERED, this _____ day of _____, 2026.

_____
United States District Judge Terrence W. Boyle