IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-cv-00350-BO-KS

| | |
|---|---|
| ALISA BLACK,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DAVID WATERS, in his individual and official capacity, as the District Attorney of the Eleventh Prosecutorial District of North Carolina,<br><br>Defendant. | NOTICE OF WITHDRAWAL OF A GOVERNMENTAL ATTORNEY<br>Local Civil Rule 5.2(d) |

Under Local Civil Rule 5.2(d), Assistant Attorney General Faiza Ali, who has entered an appearance in this action, gives notice of Special Deputy Attorney General Kristin J. Uicker's withdrawal and certifies that Ms. Uicker is no longer associated with this case.

Assistant Attorney General Faiza Ali is now counsel for Defendant Michael David Waters. Ms. Uicker withdraws as counsel for the same Defendant. The undersigned counsel is aware of and will comply with all pending deadlines in this case, including any scheduled trial or hearings.

Respectfully submitted, this the 21st day of September, 2026.


JEFF JACKSON
ATTORNEY GENERAL

/s/ Faiza Ali
Faiza Ali
Assistant Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6679
Facsimile: (919) 716-6755
Email: fali@ncdoj.gov
N.C. State Bar No. 63758
*Counsel for Defendant Waters*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day a copy of the foregoing NOTICE OF WITHDRAWAL OF A GOVERNMENTAL ATTORNEY was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Angela Newell Gray
7 Corporate Center Court, Suite B
Greensboro, NC 27408
Telephone: 336-285-8151
Email: angela@angelagraylaw.com
*Counsel for Plaintiff*

Respectfully submitted, this the 21st day of September, 2026.

/s/ Faiza Ali
Faiza Ali
Assistant Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6679
Facsimile: (919) 716-6755
Email: fali@ncdoj.gov
N.C. State Bar No. 63758
*Counsel for Defendant Waters*