IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:25-cv-350

| | |
|---|---|
| Alisa Black,<br>*Plaintiff*,<br><br>vs.<br><br>Michael David Waters, in his individual and official capacity, as the District Attorney of the Eleventh Prosecutorial District of North Carolina.<br>*Defendant.* | PLAINTIFF'S NOTICE OF APPEAL |

COMES NOW Plaintiff, Alisa Black, by and through the undersigned counsel, and pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, giving Notice of Appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on September 8, 2026 by the Honorable Terrence Boyle wherein the Court granted the Defendant's Motion to Dismiss all of the Plaintiff's claims pursuant to Rules 12(b)(1), (2) and (6) of the Federal Rules of Civil Procedure.

This the 5th day of October, 2026.

ANGELA GRAY LAW, P.A.

BY: /s/Angela Gray
Angela Newell Gray
N.C. Bar #21006
7 Corporate Center Court, Suite B
Greensboro, NC 27408
Telephone: (336) 285-8151
Fax: (336) 458-9359
Email: angela@angelagraylaw.com
*Attorney for Plaintiff-Appellant*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:25-cv-350

| | | |
|---|---|---|
| Alisa Black,<br>*Plaintiff*,<br><br>vs.<br><br>Michael David Waters, in his individual and official capacity, as the District Attorney of the Eleventh Prosecutorial District of North Carolina.<br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | *Certificate of Service* |

I, Angela Newell Gray, Attorney for the Plaintiff-Appellant, do hereby certify that I filed the foregoing Plaintiff's Notice of Appeal with the Clerk of Court using the CM/ECF electronic filing service which will send electronic notification to the following CM/ECF participants: Faiza Ali; fali@ncdoj.gov.

This the 5th day of October, 2026.

ANGELA GRAY LAW, P.A.

BY: /s/ Angela Gray
Angela Newell Gray
7 Corporate Center Court, Suite B
Greensboro, NC 27408
Telephone: (336) 285-8151
Facsimile: (336) 458-9359
Email: angela@angelagraylaw.com
*Attorney for Plaintiff-Appellant*
NC Bar # 21006