FILED: October 8, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2428
(5:25-cv-00350-BO-KS)

---

ALISA BLACK

Plaintiff - Appellant

v.

Michael David Waters, in his individual, and official capacity, as the District Attorney of the Eleventh Prosecutorial District of North Carolina

Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:25-cv-00350-BO-KS |
| Date notice of appeal filed in originating court: | 10/05/2026 |
| Appellant | Michael David Waters |
| Appellate Case Number | 26-2428 |
| Case Manager | C. Halupa<br>804-916-2702 |